### Robinson, L. C., v. Haas.

Lumpkin, P. J. No question of law is presented by the record in this case; the evidence warranted the verdict, and the newly discovered evidence was not of such a character as would justify this court in ordering a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued June 21, — Decided July 26, 1898.

Rule. Before Judge Harris. Carroll superior court. August 13, 1897.

*Felix N. Cobb,* for plaintiff in error.
*S. E. Grow* and *S. Holderness,* contra.

---

### Goodwynne v. Bellerby.

Lumpkin, P. J. This case falls within the rule so repeatedly announced by this court, and now embodied in section 5585 of the Civil Code, relating to the first grant of a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued June 21, — Decided July 26, 1898.

Complaint on notes. Before Judge Beck. Monroe superior court. August term, 1897.

*Robert L. Berner,* for plaintiff in error.
*Steed & Wimberly* and *Cabaniss & Willingham,* contra.